```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
YU G. KE, et al.,                   :        3/16/09
                                    :
                Plaintiffs,         :
                                    :         ORDER
        -against-                   :
                                    :    07 Civ. 2329 (MHD)
SAIGON GRILL, INC., et al.,         :
                                    :
                Defendants.         :
                                    :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **TUESDAY, APRIL 7, 2009, at 10:00 A.M., before the Hon. Theodore H. Katz,** at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:   New York, New York
         March 16, 2009

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Kenneth Kimerling, Esq.
Asian American Legal Defense Fund
99 Hudson Street 12th Floor
New York, NY 10013

Jonathan Adler, Esq.
Matteo Joshua Rosselli, Esq.
Edward David Sherwin, Esq.
William Ross Miller, Jr., Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

S. Michael Weisberg, Esq.
Weisberg & Weisberg
2463 Broadway
New York, NY 10025